UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC ROJAS,

    Plaintiff,

v.

AARAV HOSPITALITY LLC,

    Defendant.

Case No. 22-cv-07486-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Eric Rojas sued defendant AARAV Hospitality LLC for disability discrimination under the Americans with Disabilities Act (ADA) and California law. Dkt. No. 1. The case concerns his stay at a motel owned by AARAV in Santa Cruz, California, that is inaccessible to wheelchair users. *Id.* AARAV appeared in the case by counsel to obtain an extension of its time to respond to the complaint, *see* Dkt. No. 10, but never actually filed a response and did not otherwise participate in the case. Consequently, the Clerk entered default. Dkt. No. 12.

Rojas moved for a default judgment, which resulted in a report and recommendation by a magistrate judge for entry of judgment in favor of Rojas in a total amount of $17,637.59, which includes attorneys' fees and costs, and injunctive relief under the ADA. Dkt. No. 32. No party has objected to the report and recommendation, which was filed on October 10, 2023, and then served again by mail on AARAV. Dkt. No. 35. The deadline to object to the report has passed.

After an independent review of the record, the Court adopts the well-reasoned report and recommendation. A judgment will be entered separately.

**IT IS SO ORDERED.**

Dated: October 31, 2023

JAMES DONATO
United States District Judge